UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08CR264

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | ORDER |
| TROY ANTHONY SMITH, | ) | |
| *Defendant.* | ) | |

THIS MATTER is before the Court on Defendant's Motion to Allow Travel for the purpose of attending his grandmother's funeral. Neither the United States Attorney nor the US Probation Officer supervising the Defendant oppose this Motion.

The Court finds that Defendant has generally abided by all conditions of his supervised release and orders a temporary modification to Defendant's current conditions of his supervised release as follows:

IT IS, THEREFORE, ORDERED that Defendant Smith be allowed to travel to Bermuda from Loganville, Georgia on October 2, 2013 for the purpose of attending his grandmother's funeral, and that Defendant Smith must return to his home residence on October 4, 2013, and on that date and time all previous imposed supervised release conditions will resume. Defendant Smith will notify his Probation Officer within 24 hours of his return that he has completed his travel.

Signed: October 1, 2013

Frank D. Whitney
Chief United States District Judge